1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN JOSE DIVISION

11

12   MELINA RAZAVI,

13                    Plaintiff,

14          v.

15   LUCKY SUPERMARKET
     CORPORATION, et al.,

16

17                    Defendants.

Case No. 5:16-cv-05140 NC

**SUA SPONTE JUDICIAL
REFERRAL FOR PURPOSES OF
DETERMINING RELATIONSHIP
OF CASES**

18

19          In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

20   above captioned case is referred to District Judge Edward J. Davila to determine whether it

21   is related to 5:16-cv-04119 EJD, Razavi v. Lucky Supermarket Corporation, et al.

          IT IS SO ORDERED.

22

23

24          Date:  September 7, 2016

25                                                    _____
                                                      Nathanael M. Cousins
                                                      United States Magistrate Judge

26

27

28

Case No. 16-cv-05140 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES